PROB 22
(Rev. 12/13)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
4:16CR03098-1

**DOCKET NUMBER** *(Rec. Court)*
2:25-cr-00332-RFB-DJA-1

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:**
Jason John Kahler

**DISTRICT**
District of Nebraska

**DIVISION**
Lincoln

**NAME OF SENTENCING JUDGE**
The Honorable John M. Gerrard
Senior U.S. District Judge

**DATES OF PROBATION/SUPERVISED RELEASE:**
FROM 09/20/2022
TO 09/19/2027

**OFFENSE**
Conspiracy To Distribute Controlled Substance

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Jason Kahler has established ties to the community and has no intentions of returning to the District of Nebraska for the remainder of his time on supervised release.

## PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Nebraska

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

11-4-25
*Date*

*Susan M. Bazis, U.S. District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/14/2025
*Effective Date*

*United States District Judge*

**UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM**

RE: Jason John Kahler
Case No.: **2:25-cr-00332-RFB-DJA-1**

<u>REQUESTING ACCEPTANCE OF JURISDICTION</u>

November 7, 2025

TO:   United States District Judge

On April 14, 2017, Jason Kahler was sentenced by the Honorable John M. Gerrard in the District of Nebraska to a term of 168 months custody followed by five (5) years' supervised release for committing the offense of Conspiracy to Distribute/Possess with Intent to Distribute 500 Grams or More of Mixture Containing Methamphetamine. On September 22, 2022, Kahler commenced his term of supervision in the District of Nevada.

Kahler has no intention of returning to the District of Nebraska. As such, the Probation Office recommends that the Court accept jurisdiction of the case. As noted by the signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. District Court Judge Susan M. Bazis has agreed to relinquish jurisdiction. Should the Court agree with this request, the Transfer of Jurisdiction form is attached for your Honor's signature.

If you should have any questions, please contact the undersigned officer at (702) 527-7295.

Respectfully submitted,

Digitally signed by Victoria Willard
Date: 2025.11.07 10:55:43 -08'00'

Victoria Willard
Probation Officer Assistant

Approved:

Digitally signed by Amberleigh Barajas
Date: 2025.11.07 10:46:45 -08'00'

Amberleigh Barajas
Supervisory United States Probation Officer